UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| JAMES HOWARD WINSLOW | CHAPTER 11 |
| SSN xxx-xx-3357 | CASE NO.: 10-06745-8-JRL |
| BILLIE REID WINSLOW | |
| SSN xxx-xx-5575 | |
| 2006 Asbury Drive | |
| Elizabeth City, NC 27909 | |
|     Debtors | |

## OBJECTION TO CLAIM BY TRUSTEE

NOW COMES Richard D. Sparkman, Bankruptcy Trustee by and through counsel, and hereby objects to Proof of Claim # 52 filed by Bernd H. Weber for $98,788.61 as follows:

( )  The claim is a duplicate of claim # and should be Denied.

( )  Creditor has filed unsecured claim but failed to provide proper documentation to support the claim. Creditor is given 30 days from the date of this objection to provide documentation to support claim, failing which claim is denied in full for distribution purposes in this bankruptcy proceeding.

( X )  Creditor has provided documentation evidencing a claim against Tanglewood Farms, LLC; however no evidence of contract and/or personal guaranty between Claimant and James Winslow and/or Billie Reid Winslow was provided. Deny claim in full for distribution purposes in this bankruptcy proceeding.

( )  Provided documentation fails to support a perfected secured or priority claim classification. Allow Claim as general unsecured only.

( )  Creditor has filed secured claim for collateral not liquidated by the Bankruptcy Trustee. Upon information and belief, debtor has retained the collateral and is maintaining payments. Deny claim in full for liquidation purposes in this bankruptcy proceeding.

( )  Creditor has filed secured claim for collateral not liquidated by the Bankruptcy Trustee. Upon information and belief, the collateral was surrendered to secured creditor for liquidation. Secured creditor is given 30 days from the date of this objection to complete liquidation of its collateral and file unsecured deficiency claim with the Bankruptcy Court failing which claim is denied in full for distribution purposes in this bankruptcy proceeding.

DATED: October 3, 2012

                                                          BY:   /s/ Richard DeWitte Sparkman
                                                                Richard DeWitte Sparkman
                                                                Bankruptcy Trustee
                                                                State Bar No. 6857
                                                                P. O. Box 1687
                                                                Angier, NC  27501
                                                                Telephone: 919/639-6181

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:

| | |
|---|---|
| JAMES HOWARD WINSLOW | CHAPTER 11 |
| SSN xxx-xx-3357 | CASE NO.: 10-06745-8-JRL |
| BILLIE REID WINSLOW | |
| SSN xxx-xx-5575 | |
| 2006 Asbury Drive | |
| Elizabeth City, NC 27909 | |
|         Debtors | |

**NOTICE OF OBJECTION TO CLAIM**

NOTICE is hereby given of the Objection To Claim #52 filed by Bernd H. Weber for $98,788.61 by Trustee, filed simultaneously herewith by and through undersigned counsel; and

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the objection, or if you want the court to consider your views on the objection, then on or before **November 5, 2012**, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

| For Raleigh Division Cases Only | For Cases in All Other Divisions |
|---|---|
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| 300 Fayetteville Street, 2nd Floor | 1760-A Parkwood Boulevard W. |
| Post Office Box 1441 | Wilson, NC 27893-3564 |
| Raleigh, NC 27602-1441 | |

Pursuant to that Memorandum from Chief Bankruptcy Judge J. Rich Leonard, EDNC, dated February 24, 2005, attorneys practicing in the United States Bankruptcy Court for the Eastern District of North Carolina, including attorneys admitted pro hac vice, are required to file electronically all documents [including new bankruptcy petitions, motions, memoranda of law, and other pleadings, but excluding proofs of claim and documents to be placed under seal in accordance with Local Bankruptcy Rule 5005-4(6)]. Any documents required to be filed electronically pursuant to Local Bankruptcy Rule 5005-4(1) but presented in paper form on or after April 1, 2005, shall be accompanied by an application for an exemption from this rule and a proposed order granting the relief sought. The application shall state the reason(s) why electronic filing would impose an extreme hardship on the attorney. Local Bankruptcy Rules pertaining to electronic filing, including Local Bankruptcy Rules 5005-4(1) and 5005-4(2) may be found on the Court's website www.nceb.uscourts.gov. Electronic filing may be done through the Court's website. The Court's mailing address is:

**Clerk US Bankruptcy Court**
**P.O. Box 1441**
**Raleigh, NC   27602-1441**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Richard D. Sparkman | Bankruptcy Administrator |
| Chapter 11Trustee | Attn: Marjorie K. Lynch |
| P. O. Box 1687 | 1760-B Parkwood Blvd. |
| Angier, NC   27501 | Wilson, NC 27893 |
| | |
| Trawick H. Stubbs, Jr. | James Howard Winslow |
| Attorney for Debtors | Billie Reid Winslow |
| Stubbs & Perdue, P.A. | 2006 Asbury Drive |
| P.O. Drawer 1654 | Elizabeth City, NC 27609 |
| New Bern, NC 28563 | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the objection at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED: October 3, 2012

                                                RICHARD D. SPARKMAN & ASSOCIATES, P. A.

BY:     /s/ Richard DeWitte Sparkman
            Richard DeWitte Sparkman
            Bankruptcy Trustee
            N. C. State Bar No. 6857
            PO Box 1687
            Angier, NC 27501
            (919) 639-6181

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| JAMES HOWARD WINSLOW | CHAPTER 11 |
| SSN xxx-xx-3357 | CASE NO.: 10-06745-8-JRL |
| BILLIE REID WINSLOW | |
| SSN xxx-xx-5575 | |
| 2006 Asbury Drive | |
| Elizabeth City, NC 27909 | |
|           **Debtors** | |

## AFFIDAVIT OF TRUSTEE

I, Richard D. Sparkman, Trustee in the above-referenced case, hereby make solemn oath that:

1. I am the duly appointed Trustee in the above-referenced case.

2. I represent no interest adverse to the above captioned Debtor, or its estate in the matters upon which I am to be engaged.

3. I am familiar as Trustee with the claims as filed and the basis for objection thereto, and believe the Objection to be valid and reasonable, upon information and belief.

**This the 3rd day of October, 2012.**

                                            RICHARD D. SPARKMAN & ASSOCIATES, P.A.

                                            BY:   /s/ Richard DeWitte Sparkman
                                                   Richard DeWitte Sparkman
                                                   Bankruptcy Trustee
                                                   State Bar No. 6857
                                                   P. O. Box  1687
                                                   Angier, NC 27501
                                                   Telephone No. (919) 639-6181

Sworn to and subscribed before me
this 3rd day of October, 2012.                           (Official Seal)

  /s/ Erica S. Jones
Notary Public   Erica S. Jones
My commission expires:   02/13/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| JAMES HOWARD WINSLOW | CHAPTER 11 |
| SSN xxx-xx-3357 | CASE NO.: 10-06745-8-JRL |
| BILLIE REID WINSLOW | |
| SSN xxx-xx-5575 | |
| 2006 Asbury Drive | |
| Elizabeth City, NC 27909 | |
|         Debtors | |

## CERTIFICATE OF SERVICE

I, Erica S. Jones , of P. O. Box 1687, Angier, N.C., 27501, certify:

That I am, and at all time hereinafter mentioned was, more than eighteen (18) years of age:

That on the 3rd day of October, 2012, I served a copy of Objection To Claim and Notice of Objection To Claim **No. 52  filed by Bernd H. Weber  for $98,788.61**  to the  parties in interest as indicated below:

| | |
|---|---|
| Bankruptcy Administrator | Trawick H. Stubbs, Jr. |
| Attn: Marjorie K. Lynch | Attorney for Debtors |
| 1760-B Parkwood Blvd. | Stubbs & Perdue, P.A. |
| Wilson, NC 27893 | P.O. Drawer 1654 |
| **\*via electronic mail** | New Bern, NC 28563 |
| | |
| Bernd H. Weber | James Howard Winslow |
| Suite 702 | Billy Reid Winslow |
| 55 Kingsbridge Garden Circle | 2006 Asbury Drive |
| Mississauga, Ontario L5R1Y1, Canada | Elizabeth City, NC 27909 |

by depositing copies hereof in a preaddressed envelope with sufficient postage thereon in a post office of official depository under the exclusive care and custody of the United States Postal Service and/or electronic filing.

I certify under penalty of perjury that the foregoing is correct.

Executed on:  October 3, 2012

                                      Richard D. Sparkman & Associates, P. A.

                         BY:   /s/ Erica S. Jones
                                Erica S. Jones
                                Legal Assistant
                                P. O. Box 1687
                                Angier, North Carolina 27501
                                Telephone:  919/639-6181